## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. ALLFORD,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT BARTON, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-00024 AWI JLT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

On January 6, 2014, Plaintiff filed the instant action. (Doc. 1) The next day, the Court issued five summonses (Doc. 5) and issued its order setting the mandatory scheduling conference to occur on April 23, 2014. (Doc. 6) In its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. **Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.**

(Doc. 6 at 1-2, emphasis added) Despite this warning, Plaintiff has failed to file a proof of service as to any Defendant.

1

Therefore, the Court **ORDERS**,

1. The scheduling conference, currently set on April 23, 2014, is continued to June 30, 2014 at 9:30 a.m. at the United States Courthouse at 510 19th Street, Bakersfield, CA.

**Plaintiff is reminded of his service obligations under Fed. R. Civ. P. 4.  Failure to comply may result in the imposition of sanctions, including the dismissal of unserved defendants.**

IT IS SO ORDERED.

Dated:   **April 8, 2014**                              **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE