# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. ALLFORD,<br><br>    Plaintiff<br><br>    v.<br><br>ROBERT BARTON, INDIVIDUALLY AND IN THE CAPACITY OF INSPECTOR GENERAL; THE CALIFORNIA OFFICE OF INSPECTOR GENERAL, AN INDEPENDENT DEPARTMENT OF THE STATE OF CALIFORNIA; ROY WESLEY; JAMES SPURLING; AND MAY GORDON,<br><br>    Defendants | CASE NO. 1:14-CV-0024<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT |

Defendants filed and served a motion to dismiss on August 14, 2014. Doc. 14. Plaintiff responded by filing a First Amended Complaint on September 4, 2014. Doc. 17. A plaintiff may amend once as a matter of right within 21 days of a motion to dismiss. Fed. Rule Civ. Proc. 15(a)(1)(B). Plaintiff has done so and the motion to dismiss is denied as MOOT.

IT IS SO ORDERED.

Dated: September 17, 2014                                    _____
                                                                              SENIOR DISTRICT JUDGE