**William A. Romaine #126966**
war@lawromaine.com

Law Office of William A. Romaine
206 West Lacey Boulevard #309
Hanford, California 93230

Telephone: 559 582 9360
Telecopier: 559 582 9350

Attorney for Plaintiff Michael Allford

# United States District Court
# Eastern District of California

| | |
|---|---|
| Michael G. Allford,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Robert Barton, Individually and in the Capacity of Inspector General, the California Office of Inspector General an independent department of the State of California, Roy Wesley, James Spurling, and May Gordon,<br><br>　　　　　Defendants. | Case No: 1:14-CV-00024-AWI-JLT<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTIONS TO DISMISS SECOND AMENDED COMPLAINT<br><br>Date: August 17, 2015<br>Time: 1:30 PM<br>Courtroom: 2<br>Judge: Hon. Anthony W. Ishii |

By and through their respective counsel of record, the parties hereto do hereby stipulate that due to calendaring conflicts on the part of William A. Romaine, attorney of record for plaintiff in the above-entitled matter, the hearing on defendant Office of Inspector General's Motion to Dismiss the Second, Third, and Fourth Causes of Action

of the Second Amended Complaint filed in the above-entitled matter, Defendant Robert Barton's, Roy Wesley's, James Spurling's, and May Gordon's Separate Motions to Dismiss the Fourth Cause of Action of the Second Amended Complaint, and defendant Robert Barton's, Roy Wesley's, James Spurling's, and May Gordon's Combined Motion to Dismiss the First and Third Causes of Action of the Second Amended Complaint, presently set to be heard at 1:30 P.M. on August 17, 2015 in the above-entitled court may be continued until September 7, 2015 at the hour of 1:30 P.M. before the Honorable Anthony W. Ishii, Senior United States District Judge in Courtroom 2 of the above-entitled court.

Dated: August 6, 2015                    It is so stipulated.

KAMALA D. HARRlS
Attorney General of California
CELINE M. COOPER
Supervising Deputy Attorney General


By:___s/Venessa F. Martinez,_____
Venessa F. Martinez
Deputy Attorney General,
Attorney for Defendants.

Dated: August 6, 2015                    It is so stipulated

WILLIAM A. ROMAINE,
Law Office of William A. Romaine


By:____s/William A. Romaine_____
William A. Romaine,
Attorney for Plaintiff.

///

Case 1:14-cv-00024-AWI-JLT   Document 47   Filed 08/07/15   Page 3 of 3

**ORDER**

Upon the stipulation of the parties as hereinabove set forth and good cause appearing therefor, IT IS HEREBY ORDERED:

That the hearing on defendant Office of Inspector General's Motion to Dismiss the Second, Third, and Fourth Causes of Action of the Second Amended Complaint filed in the above-entitled matter, Defendant Robert Barton's, Roy Wesley's, James Spurling's, and May Gordon's Separate Motions to Dismiss the Fourth Cause of Action of the Second Amended Complaint, and defendant Robert Barton's, Roy Wesley's, James Spurling's, and May Gordon's Combined Motion to Dismiss the First and Third Causes of Action of the Second Amended Complaint, presently set to be heard at 1:30 P.M. on August 17, 2015 in the above-entitled court may be and is hereby continued until **September 28, 2015** at the hour of 1:30 P.M. before the Honorable Anthony W. Ishii, Senior United States District Judge in Courtroom 2 of the above-entitled court.

IT IS SO ORDERED.

Dated: __August 7, 2015__                    _____
                                              SENIOR DISTRICT JUDGE

Law Office of
William A. Romaine
206 West Lacey Boulevard #309
Hanford, California 93230